In the Matter of the Arbitration between PACKARD FABRICS, INC., Respondent, and DEERING MILLIKEN & Co., INCORPORATED, Appellant.

In the Matter of the Arbitration between DEERING MILLIKEN & Co., INCORPORATED, Appellant, and PACKARD FABRICS, INC., Respondent.

Argued January 10, 1951; decided March 1, 1951.

*Stuart N. Updike* and *Edward M. Maher* for appellant.

*Chester A. Lessler* and *Leonard Holland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.